**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2019-CA-1637

Brandon Wade Hirstius

- - Versus - -

Cleco Corporation, Bellsouth Telecommunications, LLC,
Charter Communications, LLC

22nd Judicial District Court
Case #: 201312105
St. Tammany Parish

On Application for Rehearing filed on 06/15/2021 by Brandon Wade Hirstius

Rehearing _____Denied_____

_____
Wayne Ray Chutz

_____
Walter I. Lanier, III

_____
Chris Hester

Date ____OCT 0 7 2021_____

_____
Rodd Naquin, Clerk